IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARKEITH D. TUCKER,<br><br>                   Plaintiff,<br><br>v.<br><br>CHRISTINE GREENWOOD; DAN BOTT; ZACKERY LNU; and FNU ALZONZO,<br><br>                   Defendants. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case 2:24-cv-00951-TS-JCB<br><br>District Judge Ted Stewart<br>Magistrate Judge Jared C. Bennett |

       This matter is before the Court on the Magistrate Judge's Report and Recommendation[1] regarding Plaintiff Markeith D. Tucker's Complaint.[2] The Court will adopt the Magistrate Judge's Report and Recommendation in full.

       Plaintiff filed his Complaint and Motion for Leave to Proceed In Forma Pauperis on December 19, 2024.[3] On February 20, 2025, the Magistrate Judge found that the Complaint failed to state a plausible claim for relief and ordered Plaintiff to amend his Complaint by March 19, 2025.[4] Plaintiff did not file an amended complaint by the deadline, and on April 2, 2025, the Magistrate Judge issued a Report and Recommendation to dismiss the action with prejudice.[5] On April 16, 2025, Plaintiff filed his Motion for Extension of Time to file his response to the Report

---

[1] Docket No. 9.

[2] Docket No. 1.

[3] Docket No. 2.

[4] Docket Nos. 7.

[5] Docket No. 9.

and Recommendation.[6] The Court granted the extension and allowed Plaintiff until April 30, 2025, to respond.[7] Plaintiff did not file a response by the deadline.

Pursuant to 28 U.S.C. § 636(b)(1)(C), a party has 14 days after service to object to a Report and Recommendation. Plaintiff was granted an extension to file his response, but he still did not file an objection to the Magistrate Judge's Report and Recommendation, nor did he abide by the Magistrate Judge's earlier Order to file an amended complaint.

The Court has carefully reviewed and considered the record and pleadings in this case, along with the Report and Recommendation. The Court agrees with the Magistrate Judge's reasoning and will accordingly adopt the Report and Recommendation in full and dismiss the action with prejudice.

It is therefore

ORDERED that the Magistrate Judge's April 2, 2025, Report and Recommendation (Docket No. 9) is ADOPTED; It is further

ORDERED that Plaintiff's action is DISMISSED with prejudice.

DATED this 21st day of May, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[6] Docket No. 10.
[7] Docket No. 11.